GREENBERG TRAURIG, LLP
Valerie W. Ho (SBN 200505) (hov@gtlaw.com)
Jeffrey F. Yee (SBN 193123) (yeej@gtlaw.com
Kamran Salour (SBN 247983) (salourk@gtlaw.com)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Attorneys for Plaintiffs
Silverlit Toys Manufactory Ltd. and Spin Master Ltd.

Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

SILVERLIT TOYS MANUFACTORY LTD., a Hong Kong company, and SPIN MASTER LTD., a Canadian corporation,
Plaintiffs,

vs.

RAIDEN TECHNOLOGY, INC., a California corporation; RAIDENTECH.COM; ZHOBBY.COM, INC., a California corporation; ZHOBBY.COM; EGRANDBUY, INC., a California corporation; EGRANDBUY.COM; EMAX TOYS, INC., a California corporation; EMAXINC.COM; XHELI, INC., a California corporation; XHELI.COM; NITRO MODEL PLANES INC., a California corporation; NITROPLANES.COM; NITRORCX.COM; WONDERHOBBY.COM; GRANDHOBBY.COM; IVAN WU, an individual, d/b/a EMAXINC.COM and ZHOBBY.COM; JUN MA, an individual, d/b/a NITRORCX.COM, NITROPLANES.COM, and XHELI.COM; and XIN WU, an individual, d/b/a WONDERHOBBY.COM,
Defendants.

**Case No: CV09-3181 RGK (Ex)**

**~~[PROPOSED]~~ STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**

Hon. R. Gary Klausner

NOTE CHANGES MADE BY THE COURT.

This Stipulated Final Judgment and Permanent Injunction is entered into by and among Plaintiffs Silverlit Toys Manufactory Ltd. ("Silverlit") and Spin Master Ltd. ("Spin Master") (collectively "Plaintiffs") on the one hand, and Defendants Raiden Technology, Inc. ("Raidentech"); raidentech.com; Zhobby.Com, Inc. ("Zhobby"); zhobby.com; Egrandbuy, Inc. ("Egrandbuy"); egrandbuy.com; Emax Toys, Inc. ("Emax"); emaxinc.com; Xheli, Inc. ("Xheli"); xheli.com; Nitro Model Planes Inc. ("Nitro"); nitroplanes.com; Nitro RCX; nitrorcx.com; grandhobby.com; wonderhobby.com; Ivan Wu; and Jun Ma (collectively, "Defendants") on the other hand, in accordance with and pursuant to the terms of a Settlement Agreement among the parties to this action.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: For Purposes of the Action SN

1. This Court has jurisdiction over the parties and subject matter of this action.

2. Defendants Raidentech, Zhobby, Egrandbuy, Emax, Xheli, and Nitro are California corporations.

3. Defendant Nitro RCX is a California partnership.

4. Defendants Ivan Wu and Jun Ma are individuals who reside in this judicial district.

5. Defendants raidentech.com; zhobby.com; egrandbuy.com; emaxinc.com; xheli.com; nitroplanes.com; nitrorcx.com; wonderhobby.com; and grandhobby.com are websites owned, operated, and/or controlled by the other corporate and individual Defendants.

6. Spin Master is the owner of U.S. Copyright Registration No. VA 1-645-947, entitled "Toy Car -- Sports" (the "Car Copyright"), issued on November 19, 2008. The Car Copyright is valid and enforceable.

7. Spin Master is the owner of U.S. Trademark Registration No. 3,267,725 for WALL CLIMBER (the "WALL CLIMBER Trademark"), registered on July 24, 2007. The WALL CLIMBER Trademark is valid and enforceable.

8. Spin Master is the owner of U.S. Trademark Registration No. 3,518,868 for

HAVOC HELI (the "HAVOC HELI Trademark"), registered on October 21, 2008. The HAVOC HELI Trademark is valid and enforceable.

9. Spin Master is the owner of U.S. Trademark Registration Nos. 2,723,271 for AIR HOGS, 2,447,370 for AIR HOGS, and 2,986,817 for AIR HOGS and design (the "AIR HOGS Trademarks") registered on June 10, 2003, May 1, 2001, and August 23, 2005, respectively. The AIR HOGS Trademarks are valid and enforceable.

10. Spin Master is the exclusive licensee of U.S. Patent No. D590,896 (the "'896 Patent"), entitled "Toy Car Base," which issued on April 21, 2009. The '896 Patent is valid and enforceable.

11. Spin Master is the exclusive licensee of U.S. Copyright Registration No. VA 1-285-847, entitled "Vectron Ultralite Battery Operated Radio/Infrared Controlled Flying Saucer Toy" (the "Flying Saucer Copyright"), issued on May 1, 2004. The Flying Saucer Copyright is valid and enforceable.

12. Silverlit is the owner by assignment of U.S. Patent No. 7,467,984 (the "'984 Patent"), entitled "Helicopter," which issued on December 28, 2008. The '984 Patent is valid and enforceable.

13. Silverlit is the owner by assignment of U.S. Patent 7,425,168 (the "'168 Patent"), entitled "Toy Helicopter," issued on September 16, 2008. The '168 Patent is valid and enforceable.

14. Silverlit is the owner of U.S. Copyright Registration No. VAu694-351 ("Helicopter Copyright"), issued on January 23, 2006. The Helicopter Copyright is valid and enforceable.

15. Silverlit is the owner of U.S. Trademark Registration No. 3,376,575 for PICOOZ (the "PICOOZ Trademark"), registered on January 29, 2008. The PICOOZ Trademark is valid and enforceable.

16. Defendants import, advertise, distribute, market, promote, display, reproduce, offer for sale and/or sell remote controlled toy cars, including the "Miniature Wall Climber RC Electric Car w/LED Lights" and the "Mini Wall Climber Car." The

overall design of the "Miniature Wall Climber RC Electric Car w/LED Lights" and the "Mini Wall Climber Car" shall be referred to as the "Infringing Car." True and correct copies of photographs of the Infringing Cars are attached hereto as Exhibit A (Page 1-9).

a. The Infringing Cars are substantially similar to the work protected by the Car Copyright.

b. The car base of the Infringing Cars is substantially similar to the car base claimed in the '896 Patent.

c. Defendants' use of the WALL CLIMBER Trademark in connection with their advertising, distribution, marketing, promotion, display, reproduction, offer for sale and/or sale of the Infringing Car is likely to confuse, mislead or deceive the consuming public into believing that Defendants or their products are sponsored by or associated with Spin Master.

17. Defendants import, advertise, distribute, market, promote, display, reproduce, offer for sale and/or sell remote controlled toy flying saucers, including the "Panther Mini Micro Radio Remote Control RC UFO Flying Saucer," and the "8888 Radio Remote Control RC UFO Flying Saucer." The overall design of the "Panther Mini Micro Radio Remote Control RC UFO Flying Saucer," and the "8888 Radio Remote Control RC UFO Flying Saucer" shall be referred to as the "Infringing Flying Saucer." True and correct copies of photographs of the Infringing Flying Saucer are attached hereto as Exhibit B (Page 10-16). The Infringing Flying Saucer is substantially similar to the work protected by the Flying Saucer Copyright.

18. Defendants import, advertise, distribute, market, promote, display, reproduce, offer for sale and/or sell remote controlled toy helicopters, including the "2CH Mini Radio Remote Control Electric RC Helicopter RTF" (aka "Micro X Copter") and the "Red Spider Micro Palm Size RTF Remote Control 2CH Indoor Helicopter." The term "Infringing Helicopter" shall refer to the overall design of the "2CH Mini Radio Remote Control Electric RC Helicopter RTF" (aka "Micro X Copter") and the "Red Spider Micro Palm Size RTF Remote Control 2CH Indoor Helicopter." True and correct

copies of photographs of the Infringing Helicopters are attached hereto as Exhibit C (Page 17-25).

        a.    The Infringing Helicopters are substantially similar to the work protected by the Helicopter Copyright.

        b.    The Infringing Helicopters infringe one or more claims of the '984 Patent and/or the '168 Patent.

19. Defendants import, advertise, distribute, market, promote, display, reproduce, offer for sale and/or sell remote controlled toy helicopters, including the following: 1) the "Blue Air Challenger Micro Size Indoor Remote Control Helicopter;" 2) the "Desert Sand Military Mini Micro R/C Helicopter;" 3) the "Green Little Flying DragonFly Infared Micro Remote Controlled R/C Helicopter;" 4) the "Micro Infrared Radio Remote Controlled R/C Helicopter w/ Flashing Lights;" 5) the "Mini Micro RFF Yellow Micro R/C Helicopter;" 6) the "Micro Mini Size Radio Remote Controlled RC Helicopter RTF;" 7) the "TRF Blue Micro Mini Size Radio Remote Controlled RC Helicopter;" 8) the "Palm Size Yellow Spider Micro Remote Control Indoor Helicopter;" 9) the "Pink Little Flying DragonFly Micro Infrared Radio Remote Controlled R/C Helicopter;" 10) the "Red Indoor Micro Size Remote Control Helicopter;" 11) the "Red Mirco R/C Helicopter;" 12) the "Yellow Little Flying DragonFly Micro Infrared Radio Remote Controlled R/C Helicopter;" 13) the "2 CH Combat Battle Mini Radio Remote Control Electric RC Helicopter RTF;" 14) the "2 Super Battle Mini Plane Radio Remote Control Electric RC Helicopter RTF;" 15) the "2008 New Remote Design 2 CH Mini Dragonfly Indoor Helicopter RTF;" 16) the "White Style Freedom Force Mini Indoor Helicopter;" 17) the "Blue Micro Palm Size R/C Helicopter;" 18) the "Blue Rider Copter Micro Palm Size R/C Helicopter;" 19) the "Performer Micro Palm Size R/C Helicopter RTF;" 20) the "Red Combat-Force Remote Control Micro Palm Size Helicopter;" 21) the "735 Series High Quality Indoor Mini Combat Fighter Helicopters;" 22) the "Green Spider Palm Size Micro Helicopter Indoor Remote Control;" 23) the "Mini R/C Yellow Combat Force Micro Palm Size Helicopter;" 24) the "Military Super Flier Micro Palm

Size Remote Control Helicopter;" 25) the "Micro Indoor Blue Performer Helicopter RTF R/C Remote Control;" 26) the "2 CH Red Micro Infrared Remote Controlled Electric RC Mini Helicopter RTF w/2008 Remote Design;" 27) the "New Flexible Bird Mini Radio Remote Control Electric RC Helicopter RTF;" 28) the "New Freedom Force Red Miniature Indoor Helicopter;" 29) the "Palm Size Yellow Spider Micro Remote Control Indoor Helicopter;" 30) the "Red Indoor Micro Size Remote Control Helicopter;" 31) the "Red Micro Palm Size Indoor R/C Helicopter;" 32) the "Red Spider Mini Remote Control Indoor Helicopter;" 33) the "Micro Palm Size R/C Helicopter;" 34) the "Replacement Main Rotor for Mini Infrared Remote Control Electric Helicopter/PicooZ;" 35) the "Silver Version 3 Channel Chinook Helicopter Double Blade Ready to Fly;" 36) the "Yellow Micro Palm Size R/C Helicopter;" 37) the "Spider Micro Palm Size Helicopter;" 38) the "Micro Infrared Radio Remote Controlled R/C Helicopter;" 39) the "Red Micro X-Heli R/C Helicopter;" 40) the "Red Style R/C High Speed Easy-Copter Miniature Helicopter;" 41) the "Mini Micro RC Helicopter;" 42) the "Army G Force 1 Micro Radio Remote Controlled RC Helicopter;" 43) the "Air-Force Micro Palm-Size R/C Radio Remote Control Indoor Helicopter;" 44) the "Blue Air Challenger Micro Size Indoor Remote Control Helicopter;" 45) the "Blue Rider Copter Micro Palm Size R/C Helicopter;" 46) the "Blue Huge 300 Micro Palm Size R/C Helicopter;" 47) the "Yellow Huge 300 Micro Palm Size R/C Helicopter;" 48) the "Mini Micro Dragonfly Indoor Radio Remote Controlled RC Helicopter Ready to Fly;" 49) the "Mini Shark Indoor RC Radio Controlled Indoor Micro Helicopter;" 50) the "Power ER Micro Radio Remote Controlled RC Rescue Chopper;" 51) the "Panther's Desert Sand Military Mini Micro R/C Helicopter;" 52) the "Panther's Military Micro Flyer Ready to Fly R/C Helicopter;" 53) the "Red Air Force Micro Size R/C Remote Controlled Indoor Flying Helicopter;" 54) the "Red Huge 300 Micro Size Remote Controlled R/C Helicopter;" 55) the "Smallest Blue Micro Radio Remote Controlled RC Helicopter;" 56) the "Smallest Red Micro Radio Remote Controlled R/C Helicopter;" 57) the "Smallest Yellow Micro Radio Remote Controlled R/C Helicopter;" 58) the "Electric Mini Hughes

300 2 Channel RTF RC Helicotper (SM609 Fairy);" 59) the "735 Series High Quality Indoor Mini Combat Fighter Helicopters;" 60) the "Military Super Flier Micro Palm Size Remote Control Helicopter;" 61) the "Performer Yellow Micro Palm Size Indoor RTF Remote Control Helicopter;" 62) the "Model 9398B Pocket Helicopter 2CH Indoor Remote Control Micro Helicopter;" 63) the "Model 9398B Pocket Micro Size Indoor RTF Remote Control Helicopter;" 64) the "Red Style 2 CH Speed Micro Infrared Remote Controlled Electric RC Mini Helicopter RTF w/ Seven Color Lights;" 65) the "Ready to Fly Micro Flying Indoor Remote Control Helicopter;" 66) the "Indoor Combat Sky Wars Mini Helicopter;" 67) the "World's Lightest Manufactured Radio Remote Controlled RC Helicopter;" 68) the "Apache 3 Channel Micro Indoor Helicopter;" 69) the "New Remote Design 2 CH Mini Dragonfly Indoor Helicopter RTF;" 70) the "Military Action Ready to Fly Micro Flying Indoor Remote Control Helicopter;" 71) the "Mini Micro 2 CH Shark Micro Infrared Remote Controlled Electric RC Helicopter RTF;" 72) the "New Speed Plane Micro Infrared Remote Controlled Electric RC Red Style Mini Helicopter RTF w/ Seven Color Lights;" 73) the "Cheapest Remote Design 2 CH Red Dragonfly Hughes Micro Infrared Remote Controlled Electric RC Mini Helicopter RTF;" 74) the "Yellow Style 2 CH Speed Micro Electric RC Mini Helicopter RTF w/ Seven Color Lights;" 75) the "Electric Mini Hughes 300 Fairy 2 Channel RC Helicopter;" 76) the "Syma's Newest Micro RC Flying Helicopter for Indoor Flying;" 77) the "3 Channel Chinook Ready to Fly Indoor Helicopter Desert Version;" 78) the "3 Channel Chinook Ready to Fly Indoor Helicopter Orange Version;" 79) the "3 Channel Indoor Chinook Double Blade Ready to Fly Helicopter Blue Version;" 80) the "Full 3 Channel Mini Chinook Indoor Dual Blade Helicopter Forest Color;" 81) the "New 3 Channel Chinook Electric Indoor Double Bladed Helicopter Army;" 82) the "Panther's R/C Blue Sky Star 2CH Remote Control Helicopter;" 83) the "Panther R/C Sky Star Red 2 Channel Remote Control Helicopter;" 84) the "Mini-Santa Claus RC Toy Helicopter with Wide Infrared Control and Streamline Body Design;" 85) the "3-Ch Mini MD-500E Indoor-HM0708;" 86) the "8003B HeliQ Micro 3 Channel Palm Sized Electric Indoor

Helicopter;" 87) the "3 Channel Micro Indoor Double Counter Rotation Helicopter," and 88) the "Apache 3 Channel Micro Indoor Helicopter" (collectively, the "Additional Infringing Helicopters"). True and correct copies of photographs of the Additional Infringing Helicopters are attached hereto as Exhibit D (Page 26-177). The Additional Infringing Helicopters infringe one or more claims of the '984 Patent and/or the '168 Patent.

20. Defendants' use of the PICOOZ Trademark, HAVOC HELI Trademark, and AIR HOGS Trademarks in connection with their advertising, distribution, marketing, promotion, display, reproduction, offer for sale and/or sale of remote controlled toy helicopters is likely to confuse, mislead or deceive the consuming public into believing that Defendants or their products are sponsored by or associated with Plaintiffs.

21. Defendants waive any further findings of fact and conclusions of law and all rights to appeal from this Judgment.

22. Judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, on Plaintiffs' claims for: (1) copyright infringement; (2) contributory copyright infringement; (3) trademark infringement; (4) unfair competition under 15 U.S.C. § 1125(a); and (5) patent infringement.

23. Judgment is hereby entered against Defendants, jointly and severally, in the amount of One Hundred and Seventy Five Thousand Dollars ($175,000.00).

24. Defendants, their successors, assigns, owners, principals, partners, officers, directors, agents, servants, employees, any and all persons acting in concert or participation with them, and any and all persons having actual notice of this Judgment and Permanent Injunction are immediately and permanently enjoined worldwide from:

    a. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting any and all toy cars or products constituting an unauthorized simulation, reproduction, copy, colorable

imitation, or counterfeit of Spin Master's genuine car as set forth in the Car Copyright, including but not limited to, the Infringing Cars depicted in Exhibit A;

  b. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting any and all toy cars or products with a car base that is a copy of, or substantially similar to, the car base claimed in the '896 Patent, including but not limited to, the Infringing Cars depicted in Exhibit A;

  c. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting any and all toy cars or products with a car base that is covered by the claim of the '896 Patent;

  d. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting any and all toy products constituting an unauthorized simulation, reproduction, copy, colorable imitation, or counterfeit of Spin Master's genuine flying saucer as set forth in the Flying Saucer Copyright, including but not limited to, the Infringing Flying Saucer depicted in Exhibit B;

  e. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting any and all toy helicopters or products constituting an unauthorized simulation, reproduction, copy, colorable imitation, or counterfeit of Plaintiffs' genuine helicopter as set forth in the Helicopter Copyright, including but not limited to, the Infringing Helicopters depicted in Exhibit C;

  f. Making, using, selling, offering for sale, importing into the United

States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting the Additional Infringing Helicopters identified in Exhibit D;

g. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting any and all toy helicopters or products that are covered by one or more claims of the '984 or '168 Patents;

h. Using, imitating, copying, duplicating or otherwise commercially exploiting the WALL CLIMBER Trademark or any mark confusingly similar to the WALL CLIMBER Trademark;

i. Using, imitating, copying, duplicating or otherwise commercially exploiting the AIR HOGS Trademarks or any mark confusingly similar to the AIR HOGS Trademarks;

j. Using, imitating, copying, duplicating or otherwise commercially exploiting the HAVOC HELI Trademark or any mark confusingly similar to the HAVOC HELI Trademark;

k. Using, imitating, copying, duplicating or otherwise commercially exploiting the PICOOZ Trademark or any mark confusingly similar to the PICOOZ Trademark;

l. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on their websites or otherwise), or in any way commercially exploiting any products that bear the WALL CLIMBER Trademark, AIR HOGS Trademarks, HAVOC HELI Trademark, PICOOZ Trademark and/or any mark that is confusingly similar to any of these marks.

m. Purchasing, bidding for, or using the WALL CLIMBER Trademark, AIR HOGS Trademarks, HAVOC HELI Trademark, and/or PICOOZ Trademark as key

words in internet search advertising, including on search engines such as google.com, yahoo.com, and bing.com.

n. Engaging in any conduct suggesting, tending to suggest, or in any way conveying the impression to the public that any products advertised, promoted, distributed, offered for sale, or sold by Defendants are genuine, authentic, licensed or authorized products of Plaintiffs;

o. Engaging in any conduct suggesting, tending to suggest, or in any way conveying the impression to the public that Defendants or their products are directly or indirectly sponsored by, approved by, or affiliated with Plaintiffs.

p. Assisting, aiding or abetting another person or business entity in engaging in or performing any of the activities enumerated in subparagraphs (a) through (o) above.

25. Defendants represent and warrant that the products identified in Exhibits A to D have been removed from their websites and they no longer have any inventory of any of the products identified in Exhibits A to D in their possession, custody or control (see Declaration of Ivan Wu at Exhibit E hereto).

26. Each party shall bear its own attorney's fees and costs in connection with this action; provided, however, that in the event any party to this Judgment files a motion or other proceeding to enforce or interpret the terms of ~~this Judgment~~ and Permanent Injunction or the Settlement Agreement, the prevailing party shall be entitled to recover all attorney's fees and other fees and costs incurred in connection with such a motion and all enforcement proceedings, in addition to pre-judgment and post-judgment interest as legally permitted.

27. This Court retains jurisdiction over this matter to the extent necessary to enforce and amend this Judgment and Permanent Injunction and to determine any issues which may arise concerning this Judgment and Permanent ~~Injunction or~~ the Settlement Agreement.

28. Upon entry of this Judgment and Permanent Injunction, the bond or undertaking Plaintiffs posted in this action in connection with the Preliminary Injunction issued by this Court shall be deemed exonerated and the undertaking in the amount of $100,000.00 shall be returned to Plaintiffs.

IT IS SO STIPULATED.

DATED: December 27, 2009

RAIDEN TECHNOLOGY, INC.

By: ______________________
Ivan Wu, President

DATED: December 27, 2009

RAIDENTECH.COM

By: ______________________
Ivan Wu, d/b/a raidentech.com

DATED: December 27, 2009

ZHOBBY.COM, INC.

By: ______________________
Ivan Wu, President

DATED: December 27, 2009

ZHOBBY.COM.

By: ______________________
Ivan Wu, d/b/a zhobby.com

DATED: December 27, 2009

EGRANDBUY, INC.

By: ______________________
Ivan Wu, President

DATED: December 27, 2009

EGRANDBUY.COM

By: ______________________
Ivan Wu, d/b/a egrandbuy.com

DATED: December 27, 2009

EMAX TOYS, INC.

By: ______________________
Ivan Wu, President

DATED: December 27, 2009

EMAXINC.COM

By: ______________________
Ivan Wu, d/b/a emaxinc.com

DATED: December 27, 2009

XHELI, INC.

By: ______________________
Ivan Wu, President

13

[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

LA 128,580,820v7 12-22-09

DATED: ~~December ___, 2009~~ January 5, 2010

XHELI.COM

By: ____________________

Jun Ma, d/b/a xheli.com

DATED: ~~December ___, 2009~~ January 5, 2010

NITRO MODEL PLANES INC.

By: ____________________

Ivan Wu, President

DATED: ~~December ___, 2009~~ January 5, 2010

NITROPLANES.COM

By: ____________________

Jun Ma, d/b/a nitroplanes.com

DATED: ~~December ___, 2009~~ January 5, 2010

NITRO RCX

By: ____________________

Ivan Wu, Partner

DATED: ~~December ___, 2009~~ January 5, 2010

NITRORCX.COM

By: ____________________

Jun Ma, d/b/a nitrorcx.com

DATED: December 27, 2009

WONDERHOBBY.COM

By: ____________________
Ivan Wu, d/b/a wonderhobby.com

DATED: December 27, 2009

GRANDHOBBY.COM

By: ____________________
Ivan Wu, d/b/a grandhobby.com

DATED: December 27, 2009

IVAN WU

By: ____________________
Ivan Wu

DATED: December 27, 2009

JUN MA

By: ____________________
Jun Ma

DATED: December 22, 2009

SILVERLIT TOYS MANUFACTORY LTD.

By: ____________________
Kei Fung "Kevin" Choi, President

DATED: December 27, 2009

SPIN MASTER LTD.

By: [signature]

Christopher Harris, Vice President and General Counsel

Approved as to form:

LAW OFFICE OF FRANK T. OO

DATED: December 27th, 2009

By: [signature]

Frank T. Oo

Attorney for Defendants

GREENBERG TRAURIG LLP

DATED: December ___, 2009

By:______________________

Valerie W. Ho

Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: December ___, 2009

______________________________

Hon. R. Gary Klausner
U.S. District Court
Central District of California

DATED: December ___, 2009

**SPIN MASTER LTD.**

By:__________________________

Christopher Harrs, Vice President and General Counsel

Approved as to form:

LAW OFFICE OF FRANK T. OO

DATED: December ___, 2009

By:__________________________

Frank T. Oo

Attorney for Defendants

GREENBERG TRAURIG LLP

DATED: January 14, 2010

By:__________________________

Valerie W. Ho

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

FEB 18 2010

DATED: ~~January ___, 2010~~

__________________________

Hon. R. Gary Klausner
U.S. District Court
Central District of California